# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2019

## NO. 03-18-00077-CR

**Jeff Harold Gumtow, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.